[No. 55608-8-I.   Division One.   December 19, 2005.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD W. ADAMS, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 04-1-00565-8, Ira Uhrig, J., entered December 17, 2004. *Remanded* by unpublished per curiam opinion.

[No. 56058-1-I.   Division One.   December 19, 2005.]

THE STATE OF WASHINGTON, *Respondent,* v. SHAWN HAWK, *Appellant.*

Appeal from a judgment of the Superior Court for Whatcom County, No. 00-1-00262-1, Steven J. Mura, J., entered March 15, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 31361-8-II.   Division Two.   December 20, 2005.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID ALLEN WRIGHT, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce County, No. 03-1-05549-4, John A. McCarthy, J., entered February 6, 2004. *Reversed* by unpublished opinion per Quinn-Brintnall, C.J., concurred in by Hunt and Van Deren, JJ.

[Nos. 31811-3-II; 31818-1-II;   Division Two.   December 20, 2005.]
         31821-1-II.

THE STATE OF WASHINGTON, *Appellant,* v. KERRI LYN RITTERBUSCH, *Respondent.*

Appeals from judgments of the Superior Court for Grays Harbor County, Nos. 02-1-00402-7, 04-1-00045-0, and 02-1--00422-1, F. Mark McCauley, J., entered May 21, 2004. *Affirmed* by unpublished opinion per Morgan, J. Pro Tem., concurred in by Quinn-Brintnall, C.J., and Houghton, J.